# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **ANDRE MAURICE CARSTARPHEN, JR., AIS #302920,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIV. ACTION: 1:24-00007-KD-N |
| ) | |
| **LEVEL REYNOLDS,** *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge, (Doc. 17), made under 28 U.S.C. § 636(a-b), Fed. R. Civ. P. 72, and S.D. Ala. GenLR 72, and dated April 10, 2024, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that the claims related to the July 7, 2021, incident are **DISMISSED** from this action.

**DONE** this the **8th** day of **May 2024.**

/s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE