IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ANDRE MAURICE CARSTARPHEN, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION: 24-0007-KD-N |
| | ) |
| LEVEL REYNOLDS, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

On June 3, 2025, the Magistrate Judge entered a Report and Recommendation (Doc. 53). After due and proper consideration of all portions of this file deemed relevant to the issues raised, and no objections having been filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that

1) Summary judgment is **GRANTED** in favor of Defendant Dr. Ronald Perdue, and Carstarphen's claims against Dr. Perdue are **DISMISSED with prejudice**.

2) Defendants Warden Noah Price Oliver, Sgt. Carter, and Officer Brown's motion for summary judgment is **DENIED**.

**This action remains pending as to Lieutenant Level Reynolds, Warden Oliver, Sgt. Carter, and Officer Brown.**

This action is set for **jury selection and trial** on **March 3, 2026**, and is referred to the Magistrate Judge for a scheduling order consistent with this Order and the Report and Recommendation.

**DONE and ORDERED** this the 7th day of July 2025.

/s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE