# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| ANDRE MAURICE CARSTARPHEN, JR. | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) )   CIV. ACTION NO. 1:24-0007-KD-N |
| LEVEL REYNOLDS, *et al.*, | ) ) ) |
| Defendants. | ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that summary judgment is **GRANTED** in favor of Defendant Level Reynolds, and those claims presented against Defendant Level Reynolds are **DISMISSED** with prejudice.

**DONE** and **ORDERED** this **23rd** day of **September 2025**.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**